Exhibit "B"



**26**  **If the Need is Speed, Look to Citation X**
POSTED BY FLYPRIVATE IN AIRCRAFT



Loyal Citation customers sought increased baggage capacity, longer range and more speed at a time when Lear jets were the champions of speed and range but were limited on cabin size and baggage area. Cessna needed to develop something bold...

READ MORE

**23**  **Understanding Jet Classes and What Each Offers**
POSTED BY FLYPRIVATE IN AIRCRAFT, FOR YOUR INFORMATION



If you are looking for the right jet aircraft for your next trip, whether for business or pleasure, it is important to understand what class of jet will best suit your needs. Jet industry professionals group jet aircraft into 6...

READ MORE

**12**  **Meet the Citation Sovereign**
POSTED BY FLYPRIVATE IN AIRCRAFT



In 2002, the Cessna Citation Sovereign took its first flight. Created to bridge the gap between the Citation Excel/XLS and the Citation X, the Sovereign falls in the Super Midsize Jet class and offers many impressive features. The Citation Sovereign...

READ MORE

**19**  **A Super-Mid Favorite: Challenger 300**
POSTED BY FLYPRIVATE IN AIRCRAFT



### Sidebar Form

**Departure Airport - Outbound Trip** (required)

**Arrival Airport - Outbound Trip** (required)

**Number of Passengers - Outbound Trip** (required)

**Inbound Return Trip (If Applicable)**

**Return Date**

**Time**
○ Morning
○ Afternoon
○ Evening

**Departure Airport - Return Trip**

**Arrival Airport - Return Trip**

**Number of Passengers - Return Trip**

**Do you primarily fly private for business or personal trips?** (required)
○ Business
○ Personal
○ Business & Personal

**Message**

**How did you hear about FlyPrivate?** (required)
Select From List

BY SUBMITTING YOUR INFORMATION, YOU'RE GIVING US PERMISSION TO EMAIL YOU. YOU MAY UNSUBSCRIBE AT ANY TIME.

SUBMIT

The Challenger 300, made by Canadian manufacturer Bombardier, delivers a large cabin aircraft with lower direct operating costs than anything else in the super-midsize jet category. According to Bombardier, "the aircraft was crafted for true U.S. coast-to-coast range and features...

READ MORE

### 5  Summer is calling. Let us take you there!

POSTED BY FLYPRIVATE IN WHY CHOOSE FLYPRIVATE?



Summer is a great time to travel to your favorite summer spots and enjoy the outdoors. Whether your perfect vacation destination has your feet in the sand, or down a cobblestone European street, we want to help you get there...fast!...

READ MORE

### 3  The Gulfstream 280: A Smart Charter Choice

POSTED BY FLYPRIVATE IN AIRCRAFT



Images courtesy of: Gulfstream Aerospace In 2009, Gulfstream Aerospace's G280 took its first flight, and since has become a very popular jet in the super midsize category. The G280 was designed with the input of many existing Gulfstream customers on...

READ MORE

### 0  Get Out of Town: Extend Your March Vacation 2 Days

POSTED BY FLYPRIVATE IN AIRCRAFT, FOR YOUR INFORMATION



Are you planning to get out of town for an early spring getaway with your family and friends? We can help you add as much as two extra days to your March vacation by flying privately. Let us explain how....

READ MORE

OLDER POSTS



Page 1
Get Out of Town: Extend Your March Vacation 2 Days
https://flyprivate.com/get-out-of-town-extend-your-march-vacation-2-days/





Page 3
Get Out of Town: Extend Your March Vacation 2 Days
https://flyprivate.com/get-out-of-town-extend-your-march-vacation-2-days/





Captured by FireShot Pro: 17 April 2023, 17:35:13
https://getfireshot.com