IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| FREDRIK BODEN, | : | |
| Plaintiff, | : | |
| v. | : | Civil Action No. 24-52-RGA |
| PRIVATE BUSINESS JETS, LLC, | : | |
| Defendant. | : | |

## **O R D E R**

WHEREAS, Defendant (a company) filed a motion to dismiss or stay pro se on February 7, 2024 (D.I. 7);

WHEREAS, companies/corporations cannot proceed pro se (*see Rowland v. California Men's Colony*, 506 U.S. 194, 201-03 (1993));

NOW THEREFORE, IT IS HEREBY ORDERED that (1) the motion to dismiss or stay (D.I. 7) is STRUCK; and (2) Defendant has until **March 7, 2024**, to obtain counsel, including Delaware counsel, and to have counsel enter an appearance. A response to the complaint is now due on **March 7, 2024**.

February 8, 2024
DATE

_____
UNITED STATES DISTRICT JUDGE