IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE

FREDERIK BRODEN,

    Plaintiff,

v.                                                  CASE NO. 1:24-cv-00052-RGA

PRIVATE BUSINESS JETS, LLC d/b/a FLYPRIVATE,

    Defendant.

## JOINT [PROPOSED] ORDER ON DEFENDANT'S MOTION TO TRANSFER VENUE OR TO STAY

**THIS CAUSE** came before the Court on a "Stipulation for Entry of Agreed Order on Defendant's Motion to Transfer Venue or to Stay" (the "Stipulation") [D.E. __] entered into between plaintiff Frederik Broden ("Plaintiff") and defendant Private Business Jets, LLC d/b/a FlyPrivate ("Defendant"), and the Court having reviewed the stipulation and being otherwise advised in the premises, it is **ORDERED** as follows:

1. The Stipulation is **APPROVED**.

2. The Clerk is directed to transfer this action, pursuant to 28 U.S.C. § 1404(a), to the United States District Court for the District of Massachusetts.

3. Plaintiff shall file its response to the remaining relief requested by Defendant's Motion to Transfer Venue Under § 1404 or to Stay [D.E. 9] within fourteen (14) days from the transfer of this action to the District of Massachusetts and assignment of a case number therein.

ORDERED this  2  day of  April , 2024.

                                                /s/ Richard G. Andrews
                                              United States District Judge